

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

NOTE: The Northern District of Illinois is an electronic Court pursuant to General Order 14-0024. If you are not an electronic filer, visit our site at www.ilnd.uscourts.gov, E-Filing Info. or click this link for registration requirements http://www.ilnd.uscourts.gov/home/CMECF.aspx

Instructions: **In order to update your information c**omplete this form and e-file it in each case you list below. Next, use the CM/ECF AUtilities@ menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court=s website, select E-Filing Info, CM/ECF User Guide, AManaging Your CM/ECF Account.@ For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: Matthew C. Crowl

FIRM: Riley Safer Holmes & Cancila LLP

STREET ADDRESS: Three First National Plaza, 70 West Madison St., Suite 2900

CITY/STATE/ZIP: Chicago, IL 60602

PHONE NUMBER: 312-471-8720

E-MAIL ADDRESS: mcrowl@rshc-law.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6201018

If you have previously filed an appearance with this Court using a different name, enter that name:

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:15-cr-00752-1 | USA v. Brandenburger & Davis | Judge Kennelly |
| | | |
| | | |
| | | |
| | | |

/s/ Matthew C. Crowl                                           March 1, 2016
Attorney Signature                                                        Date

updated 06/11/2015

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice was filed electronically using the Court's CM/ECF E-Filing system and was served on all parties on March 1, 2016, by operation of the Court's electronic filing system.

By: /s/ Matthew C. Crowl