UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Criminal No. 15-CR-752 |
| v. | ) | |
| | ) | |
| BRANDENBURGER & DAVIS and | ) | Judge Matthew F. Kennelly |
| BRADLEY N. DAVIS | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' UNOPPOSED MOTION TO PERMIT DISCLOSURE OF
SEALED PLEA AGREEMENT ATTACHMENTS**

The United States of America, by its attorneys in the Antitrust Division of the United States Department of Justice, moves for the entry of an agreed-to order allowing the United States to disclose the sealed plea agreement attachments filed in this case for the purpose of meeting its discovery obligations in another, related matter in the District of Utah, and in support thereof states as follows:

On June 14, 2016, this Court granted the United States' unopposed motions (Dkt. 35, 37) to seal the attachments associated with the plea agreements of Brandenburger & Davis and Bradley N. Davis. (*See* Dkt. 41).

On August 17, 2016, a federal grand jury in the District of Utah returned an indictment against Kemp & Associates, Inc. and Daniel J. Mannix. See *United States v. Kemp & Associates, et. al.*, 2:16-CR-00403 (D. UT). In order to meet its discovery obligations, the government now seeks an order permitting it to disclose the sealed plea agreement attachments to those defendants. Moreover, if this Court grants the government's motion, the government

intends to disclose the sealed plea agreement attachments only after a protective order is entered by the Court in *U.S. v. Kemp*.

The United States has consulted with counsel for the Defendants prior to filing this Motion, and the Defendants had no objection to it.

WHEREFORE, the government respectively moves this Court to authorize the disclosure of the above-referenced sealed documents in discovery to Kemp & Associates, Inc., and to Daniel J. Mannix.

Dated: 9/22/2016         Respectfully submitted,

 s/ Robert M. Jacobs
ROBERT M. JACOBS, IL Bar No. 6289819
(Robert.Jacobs@usdoj.gov)
RUBEN MARTINEZ, JR., TX Bar No. 24052278
(Ruben.Martinez@usdoj.gov)
MOLLY A. KELLEY, IL Bar No. 6303678
(Molly.Kelley@usdoj.gov)

Trial Attorneys
Antitrust Division
U.S. Department of Justice
Chicago Office
209 S. LaSalle Street
Suite 600
Chicago, Illinois 60604
(312) 984-7200

**CERTIFICATE OF SERVICE**

I, Robert Jacobs, hereby certify that on September 22, 2016 , I caused a copy of the foregoing to be served in accordance with Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

        Respectfully submitted,

        s/Robert M. Jacobs
        ROBERT M. JACOBS
        IL Bar No. 6289819

        Trial Attorney
        Antitrust Division
        U.S. Department of Justice
        Chicago Office
        209 S. LaSalle Street
        Suite 600
        Chicago, Illinois 60604
        (312) 984-7200
        Robert.Jacobs@usdoj.gov