UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) | <br><br>Criminal No. 15-CR-752 |
| v. )<br>) | |
| BRANDENBURGER & DAVIS )<br>  and )<br>BRADLEY N. DAVIS, )<br>)<br>)<br>               Defendants. ) | Judge Matthew F. Kennelly |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR THE UNITED STATES**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Molly A. Kelley, an attorney of record for the United States of America, moves this Court for entry of an Order permitting her to withdraw as counsel of record in this matter. As of February 15, 2019, Ms. Kelley will no longer be employed with the U.S. Department of Justice, Antitrust Division. The United States will continue to be represented by Ruben Martinez, Jr. and Robert M. Jacobs of the U.S. Department of Justice, Antitrust Division.

Respectfully submitted,

s/Molly A. Kelley
MOLLY A. KELLEY, IL Bar No. 6303678
Trial Attorney, Antitrust Division,
U.S. Department of Justice
209 S. LaSalle Street. Suite 600
Chicago, Illinois 60604 (312) 984-7200

## CERTIFICATE OF SERVICE

I, Molly A. Kelley, hereby certify that on February 14, 2019, I caused a copy of the foregoing to be served in accordance with Fed. R. Crim. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Respectfully submitted,

s/Molly A. Kelley
MOLLY A. KELLEY, IL Bar No. 6303678
Trial Attorney, Antitrust Division,
U.S. Department of Justice
209 S. LaSalle Street. Suite 600
Chicago, Illinois 60604(312) 984-7200